Submitted on record and briefs June 14, affirmed July 25, 1977

GOOKIN et al, *Petitioners,*
*v.*
EMPLOYMENT DIVISION et al, *Respondents.*
(No. 76-AB-1374, CA 7729)
556 P2d 530

Liana Colombo, Eugene, and Kulongoski, Heid, Durham & Drummonds, Eugene, filed the brief for petitioners.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Al J. Laue, Assistant Attorney General, Salem, filed the brief for respondent Employment Division, Ross Morgan, Administrator.

No appearance for respondent Del Monte Corporation.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Affirmed. *Barrier v. Employment Division,* 29 Or App 387, 563 P2d 1230 (1977).